# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:17-cr-42 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| SHANNON BAXTER | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

On March 13, 2018, Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1). In her report and recommendation, Magistrate Judge Lee recommended that Defendant's motion to suppress (Doc. 21) be denied. (Doc. 28, at 16.) Defendant has not filed objections to Magistrate Judge Lee's report and recommendation. Nonetheless, the Court has reviewed the record in this matter, and it agrees with Magistrate Judge Lee's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's report and recommendation (Doc. 28), and Defendant's motion to suppress (Doc. 21) is hereby **DENIED**. The following new trial schedule is **ORDERED**:

1. Plea Bargaining shall be concluded by **Monday, April 16, 2018**, and any written agreement shall be executed by said date.

2. All motions shall be filed no later than **Monday, April 16, 2018**.

3. All requests for jury instructions shall be submitted no later than **Monday, April 23, 2018**. A copy of the prepared jury instructions should be sent as an electronic mail attachment in Microsoft Word format to mcdonough_chambers@tned.uscourts.gov.

4. A final pretrial conference shall be held before the United States District Judge at

**3:00 p.m.** on **Monday, April 23, 2018**, in Chattanooga, Tennessee.  The parties shall disclose to one another and to the Court the technology they intend to use in the courtroom during the trial and how they intend to use it (e.g., display equipment, data storage, retrieval, or presentation devices).  This disclosure shall list:  (1) the equipment the parties intend to bring into the courtroom to use and (2) the equipment supplied by the Court the parties intend to use.  Further, the parties shall disclose to one another the content of their electronic or digital materials by the time of the final pretrial conference and shall confirm the compatibility/viability of their planned use of technology with the Court's equipment by the final pretrial conference.  General information regarding equipment supplied by the Court is available on the Eastern District of Tennessee website (www.tned.uscourts.gov).  Specific questions about Court-supplied equipment should be directed to the courtroom deputy (directory available on website).

5. The trial of this case will be held before the United States District Judge and a twelve-person jury beginning on **Monday, May 7, 2018, at 9:00 a.m.** in Chattanooga, Tennessee.  If this case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**